**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RUI HOLDING CORP., *et al.*,[1] ) | Case No. 19-11509 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON AUGUST 7, 2019 AT 10:30 A.M. (PREVAILING EASTERN TIME)**

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

1. Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 8; Filed 7/7/2019]

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 39; Filed 7/9/2019]

    B. Certificate of No Objection [Docket No. 91; Filed 8/2/2019]

    C. Proposed Order

    Status: A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

2.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 9; Filed 7/7/2019]

    Related Documents:

        A.     Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 36; Filed 7/9/2019]

        B.     Certificate of No Objection [Docket No. 92; Filed 8/2/2019]

        C.     Proposed Order

    Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

3.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 10; Filed 7/7/2019]

    Related Documents:

        A.     Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 38; Filed 7/9/2019]

        B.     Certificate of No Objection [Docket No. 93; Filed 8/2/2019]

        C.     Proposed Order

    Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

4.     Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (VI) Granting Related Relief [Docket No. 12; Filed 7/7/2019]

Related Documents:

    A.    Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV)Granting Related Relief [Docket No. 42; Filed 7/9/2019]

    B.    Certificate of No Objection [Docket No. 94; Filed 8/2/2019]

    C.    Proposed Order

Status:    A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

5. Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 13; Filed 7/7/2019]

    Related Documents:

    A.    Interim Order (I) Authorizing, But Not Directing, The Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 40; Filed 7/9/2019]

    B.    Certificate of No Objection [Docket No. 95; Filed 8/2/2019]

    C.    Proposed Order

Status:    A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

6. Debtors' Motion for Entry of an Interim and Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (II) Granting Related Relief [Docket No. 14; Filed 7/7/2019]

    Related Documents:

    A.    Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fees, (C) Renew, Supplement, Modify, Or Purchase Insurance Coverage, and (D)

      Honor the Terms of the Financing Agreements and Pay Premiums Thereunder, and (II) Granting Related Relief [Docket No. 35; Filed 7/9/2019]

    B.  Certificate of No Objection [Docket No. 96; Filed 8/2/2019]

    C.  Proposed Order

  Status:  A Certificate of No Objection has been filed.  This matter is going forward unless otherwise directed by the Court.

UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

7.  First Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases, (II) Authorizing Abandonment of Certain Personal Property, Each Effective Nunc Pro Tunc to the Petition Date, and (III) Granting Related Relief [Docket No. 16; Filed 7/7/2019]

    Related Documents:

    A.  Certification of Counsel Certification of Counsel Regarding First Omnibus Rejection Motion [Docket No. 97; Filed 8/5/2019]

    B.  Proposed Order

  Status:  A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by the Court.

8.  Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 63; Filed 7/24/2019]

    Related Documents:

    A.  Certification of Counsel Regarding Interim Compensate Motion [Docket No. 100; Filed 8/5/2019]

    B.  Proposed Order

  Status:  A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by the Court.

9.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 64; Filed 7/24/2019]

Related Documents:

    A.    Certification of Counsel Regarding Ordinary Course Professional Motion [Docket No. 99; Filed 8/5/2019]

    B.    Proposed Order

Status:    A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.

10. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing Abandonment of Certain Personal Property, Each Effective Nunc Pro Tunc to the Rejection Date, and (III) Granting Related Relief [Docket No. 66; Filed 7/24/2019]

Related Documents:

    A.    Certification of Counsel Regarding Second Omnibus Rejection Motion [Docket No. 98; Filed 8/5/2019]

    B.    Proposed Order

Status:    A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.

UNCONTESTED MATTERS GOING FORWARD:

11. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 5; Filed 7/7/2019]

Related Documents:

    A.    Interim Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 43; Filed 7/9/2019]

    B.    Notice of Proposed Final Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status,

(IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 101; Filed 8/5/2019]

Response Deadline:  July 31, 2019 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Trade Claimants, PACA/PASA Claimants, and Other Vendors, and (II) Approving the Procedures Related Thereto, and (III) Granting Related Relief [Docket No. 11; Filed 7/7/2019]

Related Documents:

A. Order (I) Authorizing (A) Debtors to Pay Certain Prepetition Claims of Trade Claimants PACA/PASA Claimants, and Other Vendors, and (B) Procedures Related Thereto, and (II) Granting Related Relief [Docket No. 37; Filed 7/9/2019]

B. Certification of Counsel Regarding Stipulation with Certain Claimants [Docket No. 102; Filed 8/5/2019]

Response Deadline:  July 31, 2019 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

Dated: August 5, 2019  */s/ Domenic E. Pacitti*
Wilmington, Delaware  Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Facsimile:  (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com
sveghte@klehr.com

*Proposed Counsel to the Debtors*