**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RUI HOLDING CORP., *et al.*,[1] | ) Case No. 19-11509 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket Nos. 15 and 169 |

**NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION
OF STALKING HORSE PURCHASER AS THE PURCHASER IN CONNECTION
WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**[2]

PLEASE TAKE NOTICE that on July 7, 2019, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed a motion [Docket No. 15] (the "Sale Motion")[3] seeking approval of among other things (i) the sale (the "Sale") of substantially all of the Debtors' business assets (the "Purchased Assets") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), (ii) procedures relating to the Sale (the "Sale Procedures"), (iii) procedures to determine cure amounts and deadlines for objections to certain contracts and leases that may be assumed and assigned, (iv) the date, time and place for a sale hearing, and for objections to the sale and related relief.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

[2] This Notice is subject to the full terms and conditions of the Sale Motion, the Sale Procedures Order, the Sale Procedures and the Contract Procedures, which shall control in the event of any conflict. The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

[3] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to them in the Sale Procedures Order (as defined herein) or the Sale Motion, as applicable.

PLEASE TAKE FURTHER NOTICE that on August 28, 2019, the Court entered the *Order (A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief* [Docket No. 169] (the "Sale Procedures Order") which set the Bid Deadline as September 16, 2019 at 4:00 p.m. prevailing Eastern Time and, in the event of the receipt of any Qualified Bids, scheduled the Auction for September 18, 2019 at 10:00 a.m. prevailing Eastern Time.

PLEASE FURTHER TAKE NOTICE that the Debtors did not receive any Qualified Bids (other than the Qualified Bid submitted by the Stalking Horse Bidder pursuant to the Stalking Horse Agreement) prior to the Bid Deadline. **ACCORDINGLY, THE DEBTORS CANCELLED THE AUCTION AND THE DEBTORS WILL NOT CONDUCT AN AUCTION.**

PLEASE TAKE FURTHER NOTICE that the Sale Hearing is scheduled to be held on **September 23, 2019 at 1:30 p.m., prevailing Eastern time.** At the Sale Hearing, the Debtors will seek approval of the Sale to the Stalking Horse Purchaser as outlined in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that a copy of the Sale Motion, Sale Procedures Order, and related sale pleadings can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/restaurants. Further information and copies of pleadings also may be obtained by calling Epiq Corporate Restructuring, LLC at 877-277-3908 (U.S. Toll-Free) or 503-520-4458 (International) or emailing restaurants@epiqglobal.com.

| | |
|---|---|
| Dated: September 17, 2019<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email:  dpacitti@klehr.com<br>myurkewicz@klehr.com<br>sveghte@klehr.com<br><br>*Counsel to the Debtors* |