IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RUI HOLDING CORP., *et al.*,[1] | ) | Case No. 19-11509 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 23, 2019 AT 1:30 P.M. (PREVAILING EASTERN TIME)

CONTESTED MATTERS:

1.    Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 15; Filed 7/7/2019]

        Related Documents:

        A.    Notice of Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 49; Filed 7/10/2019]

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

      B.      Notice of Form of Proposed Asset Purchase Agreement in Connection with Debtors' Combined Sale Procedures/Sale Motion [Docket No. 58; Filed 7/19/2019]

      C.      Order (A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief [Docket No. 169; Entered 8/28/2019]

      D.      Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 171; Filed 8/29/2019]

      E.      Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 172; Filed 8/29/2019]

      F.      Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Purchaser in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 208; Filed 9/17/2019]

**Response Deadline:**      August 13, 2019 at 4:00 p.m. for sale, assumption/assignment and cure objections, extended for certain landlords and contract counter-parties to August 19, 2019 at 11:00 a.m.
August 20, 2019 at 4:00 p.m. for adequate assurance objections

**Responses Received:**

      A.      Objection of Triple "B" Corp. d/b/a Charlie's Produce, Bix Produce Company, and FreshPack Produce, Inc. Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 127; 8/13/2019]

B.     Limited Objection to the Sale of Debtors' Assets and Reservation of Rights [Docket No. 198; Filed 9/16/2019]

C.     Oracles' Limited Objection to and Reservation of Rights Regarding Debtors Motion for Entry of Orders (A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief (Sale Motion); and (2) Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (Assumption Notice) [Docket No. 199; Filed 9/16/2019]

D.     Limited Objection of Microsoft to Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 200; Filed 9/16/2019]

E.     Objection of 111 SW 5th Avenue Investors LLC to Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief  [Docket No. 201; Filed 9/16/2019]

F.     Limited Objection of Pacific Seafood to (I) Debtors' Motion for Order (A) Authorizing Sale or Sales of Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief and (II) Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 202; Filed 9/16/2019]

G.     Limited Objection of Walter N. Hogan to (I) Debtors' Motion for Order (A) Authorizing Sale or Sales of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief and (II) Notice of Potential Assumption, Sale and

Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 204; Filed 9/16/2019]

H.    Objection of 111 SW 5th Avenue Investors LLC to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 206; Filed 9/16/2019]

I.    Limited Objection of Jantzen Beach Center 1767, LLC, Ch Realty III/Clackamas LLC and KIR Tukwila LLC to Debtors' Combined Motion for Orders: (I)(A) Approving Procedures In Connection With Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notice Thereof; and Granting Related Relief; And (II)(A) Authorizing Sale of Such Assets Pursuant to the Transaction Documents, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 207; Filed 9/16/2019]

J.    Limited Objection of Elavon, Inc. to Debtors' Motion to Assume and Assign Executory Contracts and Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 211; Filed 9/18/2019]

K.    Limited Objection of Burlingame Bay Associates to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 212; Filed 9/18/2019]

L.    Informal comments from the Office of the United States Trustee

M.    Informal comments from Simon Properties, Port of Portland, MEPT Brewery Block 2, LLC, and Walter Hogan properties

Status:    This matter is going forward.  The Debtors continue to work to resolve any filed objections and informal objections prior to the hearing. To the extent that cure/adequate assurance objections are not resolved they will be adjourned to a later date.

Dated: September 19, 2019          */s/ Domenic E. Pacitti*
Wilmington, Delaware               Domenic E. Pacitti (DE Bar No. 3989)
                                   Michael W. Yurkewicz (DE Bar No. 4165)
                                   Sally E. Veghte (DE Bar No. 4762)
                                   **KLEHR HARRISON HARVEY BRANZBURG LLP**
                                   919 North Market Street, Suite 1000
                                   Wilmington, Delaware 19801
                                   Telephone:      (302) 426-1189
                                   Facsimile:      (302) 426-9193
                                   Email:  dpacitti@klehr.com
                                           myurkewicz@klehr.com
                                           sveghte@klehr.com

                                   *Counsel to the Debtors*