IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| RUI HOLDING CORP., *et al.*,[1] | ) ) ) | Case No. 19-11509 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARINGON SEPTEMBER 23, 2019 AT 1:30 P.M. (PREVAILING EASTERN TIME)

CONTESTED MATTERS:

1. Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 15; Filed 7/7/2019]

    Related Documents:

    A.  Notice of Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 49; Filed 7/10/2019]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

B. Notice of Form of Proposed Asset Purchase Agreement in Connection with Debtors' Combined Sale Procedures/Sale Motion [Docket No. 58; Filed 7/19/2019]

C. Order (A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief [Docket No. 169; Entered 8/28/2019]

D. Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 171; Filed 8/29/2019]

E. Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 172; Filed 8/29/2019]

F. Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Purchaser in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 208; Filed 9/17/2019]

**G. Notice of Revised List of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts [Docket No. 218; Filed 9/20/2019]**

**H. Notice of Filing of Proposed Sale Order [Docket No. 219; Filed 9/20/2019]**

Response Deadline: August 13, 2019 at 4:00 p.m. for sale, assumption/assignment and cure objections, extended for certain landlords and contract counter-parties to August 19, 2019 at 11:00 a.m.
August 20, 2019 at 4:00 p.m. for adequate assurance objections

Responses Received:

A. Objection of Triple "B" Corp. d/b/a Charlie's Produce, Bix Produce Company, and FreshPack Produce, Inc. Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of

|   |   |
|---|---|
| | Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 127; 8/13/2019] |
| B. | Limited Objection to the Sale of Debtors' Assets and Reservation of Rights [Docket No. 198; Filed 9/16/2019] |
| C. | Oracles' Limited Objection to and Reservation of Rights Regarding Debtors Motion for Entry of Orders (A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief (Sale Motion); and (2) Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing (Assumption Notice) [Docket No. 199; Filed 9/16/2019] |
| D. | Limited Objection of Microsoft to Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 200; Filed 9/16/2019] |
| E. | Objection of 111 SW 5th Avenue Investors LLC to Debtors' Combined Motion for Orders: (I)(A) Approving Procedures in Connection with Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notices Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing Sale or Sales of Debtors Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 201; Filed 9/16/2019] |
| F. | Limited Objection of Pacific Seafood to (I) Debtors' Motion for Order (A) Authorizing Sale or Sales of Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief and (II) Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 202; Filed 9/16/2019] |

PHIL1 8226887v.1

G.     Limited Objection of Walter N. Hogan to (I) Debtors' Motion for Order (A) Authorizing Sale or Sales of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief and (II) Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 204; Filed 9/16/2019; **Withdrawn by Docket No. 217**]

H.     Objection of 111 SW 5th Avenue Investors LLC to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 206; Filed 9/16/2019]

I.     Limited Objection of Jantzen Beach Center 1767, LLC, Ch Realty III/Clackamas LLC and KIR Tukwila LLC to Debtors' Combined Motion for Orders: (I)(A) Approving Procedures In Connection With Sale of Debtors Assets; (B) Scheduling Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of Notice Thereof; and Granting Related Relief; And (II)(A) Authorizing Sale of Such Assets Pursuant to the Transaction Documents, Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 207; Filed 9/16/2019]

J.     Limited Objection of Elavon, Inc. to Debtors' Motion to Assume and Assign Executory Contracts and Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 211; Filed 9/18/2019]

K.     Limited Objection of Burlingame Bay Associates to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 212; Filed 9/18/2019]

L.     Informal comments from the Office of the United States Trustee

M.     Informal comments from Simon Properties, Port of Portland, MEPT Brewery Block 2, LLC, and Walter Hogan properties

      N.      **Multnomah County, Oregon Tax Collector's Combined: (1) Limited Objection to Debtors' Motion for Order Authorizing Sale or Sales of Debtors' Assets, Free and Clear of All Liens, Claims, Interest, and Encumbrances [ECF 15]; and (2) Challenge Pursuant to Paragraph 43 of the Final Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (V) Granting Related Relief [ECF 117] [Docket No. 191; Filed 9/12/2019]**

      O.      **Objection of LS2 Retail, LLC and Lincoln Square Merchants' Association to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 194; Filed 9/13/2019]**

      P.      **Declaration of Thomas W. Stone in Support of LS2 Retail, LLC and Lincoln Square Merchants' Association's Objection to Debtors' Proposed Lease Assumption Cure Amount [Docket No. 195; Filed 9/13/2019]**

      Q.      **Declaration of Alesha Shemwell in Support of LS2 Retail, LLC and Lincoln Square Merchants' Association's Objection to Debtors' Proposed Lease Assumption Cure Amount [Docket No. 196; Filed 9/13/2019]**

      R.      **Limited Objection of Denver Pavilions OwnerCo, LLC to Debtors' Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing [Docket No. 221; Filed 9/20/2019]**

Status:      This matter is going forward. The Debtors continue to work to resolve any filed objections and informal objections prior to the hearing. To the extent that cure/adequate assurance objections are not resolved they will be adjourned to a later date.

| | |
|---|---|
| Dated: **September 20, 2019**<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email:  dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com<br><br>*Counsel to the Debtors* |