IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUI HOLDING CORP., *et al.*,[1] | ) | Case No. 19-11509 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 4, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)

UNCONTESTED MATTERS GOING FORWARD

1. Motion of IPFS Corporation for Relief from the Automatic Stay [Docket No. 279; Filed 10/23/2019]

    Related Documents:

    A. Motion to Shorten Time for Notice and to Schedule an Expedited Hearing in Connection with the Motion of IPFS Corporation for Relief from the Automatic Stay [Docket No. 281; Filed 10/23/2019]

    B. Order Granting Motion of IPFS Corporation to Shorten Time for Notice and to Schedule an Expedited Hearing in Connection with the Motion of IPFS Corporation for Relief from the Automatic Stay [Docket No. 285; Filed 10/24/2019]

    C. Notice of Hearing and Response Deadline Regarding Motion of IPFS Corporation for Relief from the Automatic Stay [Docket No. 286; Filed 10/24/2019]

    Response Deadline:  October 31, 2019 at 4:00 p.m.

    Responses Received:  None to date.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

|  |  |
|---|---|
| Status: | This matter is going forward. If no objection is filed, movant intends to file a Certificate of No Objection. |

Dated:  October 31, 2019
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:     (302) 426-9193
Email:  dpacitti@klehr.com
            myurkewicz@klehr.com
            sveghte@klehr.com

*Counsel to the Debtors*