**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RUI HOLDING CORP., *et al.*, | ) ) | Case No. 19-11509 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS/DISCLOSURE STATEMENT HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned cases:

**January 7, 2020 at 10:00 a.m. (Prevailing Eastern Time)**

Dated: November 7th, 2019
Wilmington, Delaware

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

PHIL1 8345782v.1