**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: RUI HOLDING CORP., et al. *(jointly administered)*     Case No: 19-11509
Reporting Period: 10/1-10/31

**Monthly Operating Report**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | MOR-1 | Y | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1/1a | Y | | Y |
| Schedule of Professional Fees Paid | MOR-1b | Y | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| **Statement of Operations** | MOR-2 | Y | | |
| **Balance Sheet** | MOR-3a | Y | | |
| **Status of Post petition Taxes** | MOR-4 | Y | | Y |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| **Summary of Unpaid Post petition Debts** | MOR-4 | Y | | Y |
| Listing of aged accounts payable | MOR-4 | Y | | |
| **Accounts Receivable Reconciliation and Aging** | MOR-5 | Y | | |
| **Debtor Questionnaire** | MOR-5 | Y | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                        Date

_____          _____
Signature of Joint Debtor                                  Date

_/s/ David Bagley_____          11/11/2019
Signature of Authorized Individual*                  Date

David Bagley                                                    Chief Restructuring Officer
Printed Name of Authorized Individual          Title

\* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

<u>Notes:</u>
The information contained herein is provided as required by the Office of the US Trustee. This Monthly Operating Report ("MOR") has been prepared based on the information available to the Debtors as of the ending date in the reporting period shown above, and such information may be incomplete in certain respects. All information contained herein is unaudited and subject to future adjustments which could be material. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to it's Chapter 11 proceedings. The Debtors reserve all rights to amend, modify or supplement this MOR.

In re: RUI HOLDING CORP., et al. *(jointly administered)*

| | |
|---|---|
| Form No: | MOR-1 |
| Case No: | 19-11509 |
| Reporting Period: | 10/1-10/31 |

### Schedule of Cash Receipts and Disbursements (Reporting Period)

| Entity Name | RUI Holding Corp. | RU Corp. | Restaurants Unlimited Inc. | Restaurants Unlimited Texas Inc. | Consolidated |
|---|---:|---:|---:|---:|---:|
| Case No. | 19-11509 | 19-11510 | 19-11511 | 19-11512 | |
| **Bank Cash Balance (10/1/19)** | - | - | **8,066,092** | - | **8,066,092** |
| Total Receipts | - | - | 6,440,177 | - | **6,440,177** |
| Total Disbursements | - | - | (12,614,631) | - | **(12,614,631)** |
| **Bank Cash Balance (10/31/19)** | - | - | **1,891,638** | - | **1,891,638** |
| Cash in Stores | - | - | - | - | **-** |
| Catering Deposits | - | - | - | - | **-** |
| Deposits in Transit | - | - | - | - | **-** |
| Outstanding PR / AP Checks | - | - | - | - | **-** |
| **Book Cash Balance (10/31/19)** | - | - | **1,891,638** | - | **1,891,638** |
| | | | | | |
| <u>Cash Flow Detail</u> | | | | | |
| Operating Receipts | | | 6,440,177 | | 6,440,177 |
| DIP Draw | | | - | | **-** |
| **Total Cash Receipts** | **-** | **-** | **6,440,177** | **-** | **6,440,177** |
| | | | | | |
| Payroll | - | - | (3,367,710) | - | **(3,367,710)** |
| PR Tax / Employee Benefits / Other | - | - | (33,583) | - | **(33,583)** |
| Fintech/Liquor Check Payments | - | - | (194,060) | - | **(194,060)** |
| Other Payments | - | - | (8,794,205) | - | **(8,794,205)** |
| Rent | - | - | (34,198) | - | **(34,198)** |
| Property Taxes | - | - | (5,133) | - | **(5,133)** |
| Sales Tax | - | - | - | - | **-** |
| Other Expenses / Fees | - | - | - | - | **-** |
| CapEx | - | - | (38,954) | - | **(38,954)** |
| KEIP / KERP | - | - | - | - | **-** |
| Utility Deposits | - | - | - | - | **-** |
| 503(b)(9) Claims | - | - | - | - | **-** |
| PACA / PASA Claims | - | - | - | - | **-** |
| Visa Settlement | - | - | - | - | **-** |
| Other | - | - | (104,846) | - | **(104,846)** |
| Professional Fees | - | - | - | - | **-** |
| Other Fees | - | - | (41,941) | - | **(41,941)** |
| **Total Disbursements** | **-** | **-** | **(12,614,631)** | **-** | **(12,614,631)** |
| | | | | | |
| **Net Cash Flow** | **-** | **-** | **(6,174,454)** | **-** | **(6,174,454)** |

### Disbursements for Calculating US Trustee Quarterly Fees

| | |
|---|---:|
| Total Disbursements | 12,614,631 |
| Less: Transfers to Debtor in Possession Accounts | - |
| Plus: Estate Disbursements made by outside source (i.e. from an escrow account) | - |
| **Total Disbursement for calculating US Trustee Quarterly Fees** | **12,614,631** |

| | | | | | |
|---|---|---|---|---|---|
| In re: RUI HOLDING CORP., et al. *(jointly administered)* | | | | Form No:<br>Case No:<br>Reporting Period: | MOR-1<br>19-11509<br>07/07 - 10/31/19 |

### Schedule of Cash Receipts and Disbursements (Cumulative)

| Entity Name<br>Case No. | RUI Holding Corp.<br>19-11509 | RU Corp.<br>19-11510 | Restaurants Unlimited Inc.<br>19-11511 | Restaurants Unlimited Texas Inc.<br>19-11512 | Consolidated |
|---|---|---|---|---|---|
| **Bank Cash Balance (07/07/19)** | - | - | 121,479 | 103,930 | 225,409 |
| Total Receipts | - | - | 95,535,748 | - | 95,535,748 |
| Total Disbursements | - | - | (93,765,589) | (103,930) | (93,869,519) |
| **Bank Cash Balance (10/31/19)** | - | - | 1,891,638 | - | 1,891,638 |

Cash Flow Detail

| | | | | | |
|---|---|---|---|---|---|
| Operating Receipts | | | 94,825,925 | | 94,825,925 |
| DIP Draw | | | 7,150,000 | | 7,150,000 |
| **Total Cash Receipts** | **-** | **-** | **95,535,748** | **-** | **95,535,748** |
| | | | | | |
| Payroll | - | - | (18,776,958) | - | (18,776,958) |
| PR Tax / Employee Benefits / Other | - | - | (7,576,783) | - | (7,576,783) |
| Fintech/Liquor Check Payments | - | - | (2,528,878) | - | (2,528,878) |
| Other Payments | - | - | (52,846,350) | (103,930) | (52,950,280) |
| Rent | - | - | (2,742,875) | - | (2,742,875) |
| Property Taxes | - | - | (330,756) | - | (330,756) |
| Sales Tax | - | - | (2,424,371) | - | (2,424,371) |
| Other Expenses / Fees | - | - | (869,814) | - | (869,814) |
| CapEx | - | - | (304,730) | - | (304,730) |
| KEIP / KERP | - | - | - | - | - |
| Utility Deposits | - | - | (181,600) | - | (181,600) |
| 503(b)(9) Claims | - | - | (1,654,532) | - | (1,654,532) |
| PACA / PASA Claims | - | - | (591,540) | - | (591,540) |
| Visa Settlement | - | - | - | - | - |
| Other | - | - | (104,846) | - | (104,846) |
| Professional Fees | - | - | (2,789,613) | - | (2,789,613) |
| Other Fees | - | - | (41,941) | - | (41,941) |
| **Total Disbursements** | **-** | **-** | **(93,765,589)** | **(103,930)** | **(93,869,519)** |
| | | | | | |
| **Net Cash Flow** | **-** | **-** | **1,770,159** | **(103,930)** | **1,666,229** |

### Disbursements for Calculating US Trustee Quarterly Fees

| | |
|---|---|
| Total Disbursements | 93,869,519 |
| Less: Transfers to Debtor in Possession Accounts | (74,391) |
| Plus: Estate Disbursements made by outside source (i.e. from an escrow account) | - |
| **Total Disbursement for calculating US Trustee Quarterly Fees** | **93,795,128** |

In re: RUI HOLDING CORP., et al. *(jointly administered)*

| | |
|---|---|
| Form No: | MOR-1a |
| Case No: | 19-11509 |
| Reporting Period: | 10/1-10/31 |

## Bank Reconciliation

The above-captioned debtors (the "debtors") hereby submit this attestation regarding the bank account reconciliation in lieu of providing copies of bank statements.

The debtor's standard practice is to ensure that each bank account is reconciled to bank statements at the close of the reporting period end. I attest that each of the debtor's bank accounts is reconciled to bank statements in accordance with their practices.

_____
Signature of Authorized Individual

11/11/2019
Date

David Bagley
Printed Name of Authorized Individual

Chief Restructuring Officer
Title

| Account Name | Debtor | Account # (last 4 Digits) | Bank Name | Balance (10/01) | Balance (10/31) |
|---|---|---|---|---|---|
| Control Concentration | Restaurants Unlimited Inc. | 3468 | Wells Fargo | 1,461,651 | 1,710,038 |
| Deposit Concentration | Restaurants Unlimited Inc. | 3476 | Wells Fargo | - | - |
| #3 Scott's | Restaurants Unlimited Inc. | 1704 | Wells Fargo | - | - |
| #5 Clinkerdagger | Restaurants Unlimited Inc. | 1712 | Wells Fargo | - | - |
| #10 Simon & Seafort's | Restaurants Unlimited Inc. | 1720 | Wells Fargo | - | - |
| #12 Horatio's | Restaurants Unlimited Inc. | 1738 | Wells Fargo | - | - |
| #14 Maggie Bluff's | Restaurants Unlimited Inc. | 1746 | Wells Fargo | - | - |
| #16 Stanley & Seafort's | Restaurants Unlimited Inc. | 1753 | Wells Fargo | - | - |
| #18 Cutter's | Restaurants Unlimited Inc. | 1779 | Wells Fargo | - | - |
| #20 Skates | Restaurants Unlimited Inc. | 1787 | Wells Fargo | - | - |
| #23 Kincaid's Bloomington | Restaurants Unlimited Inc. | 1795 | Wells Fargo | - | - |
| #26 Kincaid's Burlingame | Restaurants Unlimited Inc. | 1803 | Wells Fargo | - | - |
| #29 Palomino Seattle | Restaurants Unlimited Inc. | 1811 | Wells Fargo | - | - |
| #31 Kincaid's Oakland | Restaurants Unlimited Inc. | 1829 | Wells Fargo | - | - |
| #34 Palisade | Restaurants Unlimited Inc. | 1845 | Wells Fargo | - | - |
| #35 Palomino San Francisco | Restaurants Unlimited Inc. | 1852 | Wells Fargo | - | - |
| #44 Kincaid's Redondo | Restaurants Unlimited Inc. | 1860 | Wells Fargo | - | - |
| #52 Kincaid's St. Paul | Restaurants Unlimited Inc. | 1886 | Wells Fargo | - | - |
| #64 Stanford's Kruse Way | Restaurants Unlimited Inc. | 1944 | Wells Fargo | - | - |
| #65 PSC Mall 205 | Restaurants Unlimited Inc. | 1951 | Wells Fargo | - | - |
| #66 Stanford's Lloyd Center | Restaurants Unlimited Inc. | 1969 | Wells Fargo | - | - |
| #69 Stanford's Tanasbourne | Restaurants Unlimited Inc. | 1985 | Wells Fargo | - | - |
| #71 Stanford's Jantzen Beach | Restaurants Unlimited Inc. | 1993 | Wells Fargo | - | - |
| #73 Newport Salem | Restaurants Unlimited Inc. | 2017 | Wells Fargo | - | - |
| #75 Stanford's Southcenter | Restaurants Unlimited Inc. | 2033 | Wells Fargo | - | - |
| #77 Portland City Grill | Restaurants Unlimited Inc. | 2041 | Wells Fargo | - | - |
| #79 Stanford's Clackamas | Restaurants Unlimited Inc. | 2058 | Wells Fargo | - | - |
| #80 Manzana | Restaurants Unlimited Inc. | 2066 | Wells Fargo | - | - |
| #81 Henry's Portland | Restaurants Unlimited Inc. | 2074 | Wells Fargo | - | - |
| #82 Stanford's PDX | Restaurants Unlimited Inc. | 2082 | Wells Fargo | - | - |
| #84 Palomino Bellevue | Restaurants Unlimited Inc. | 2108 | Wells Fargo | - | - |
| #85 Stanford's Northgate | Restaurants Unlimited Inc. | 2116 | Wells Fargo | - | - |
| #86 Henry's Seattle | Restaurants Unlimited Inc. | 2950 | Wells Fargo | - | - |
| #88 Henry's Denver | Restaurants Unlimited Inc. | 6820 | Wells Fargo | - | - |
| #89 Henry's PDX | Restaurants Unlimited Inc. | 6943 | Wells Fargo | - | - |
| #91 Henry's SLU | Restaurants Unlimited Inc. | 7730 | Wells Fargo | - | - |
| #303 Fondi's | Restaurants Unlimited Inc. | 2132 | Wells Fargo | - | - |
| Corporate Office | Restaurants Unlimited Inc. | 1761 | Wells Fargo | - | - |
| AMEX Depository | Restaurants Unlimited Inc. | 3500 | Wells Fargo | - | - |
| VISA MC Depository | Restaurants Unlimited Inc. | 3492 | Wells Fargo | - | - |
| Disbursement Lead | Restaurants Unlimited Inc. | 3484 | Wells Fargo | - | - |
| Payroll | Restaurants Unlimited Inc. | 3518 | Wells Fargo | - | - |
| AP Disbursement | Restaurants Unlimited Inc. | 6638 | Wells Fargo | - | - |
| Fintech Beverage | Restaurants Unlimited Inc. | 3534 | Wells Fargo | - | - |
| Credit Card Fees | Restaurants Unlimited Inc. | 3575 | Wells Fargo | - | - |
| RUI Beverage | Restaurants Unlimited Inc. | 3542 | Wells Fargo | - | - |
| RUI ACH Clearing | Restaurants Unlimited Inc. | 3526 | Wells Fargo | - | - |
| RUI Cares | Restaurants Unlimited Inc. | 1784 | Wells Fargo | 1,289 | - |
| RUI Rewards Network Disbursement Account | Restaurants Unlimited Inc. | 3740 | Wells Fargo | - | - |
| Restaurants Unlimited Inc Debtor-In-Possession | Restaurants Unlimited Inc. | 7290 | Wells Fargo | 181,600 | 181,600 |
| Deposit Concentration | Restaurants Unlimited Inc. | 4742 | PNC | - | - |
| #40 Palomino Indianapolis | Restaurants Unlimited Inc. | 4769 | PNC | - | - |
| **Total** | | | | **1,644,541** | **1,891,638** |

**Notes:**
- Restaurants Unlimited Inc Debtor-In-Possession reflects the utility deposit escrow account.

In re: RUI HOLDING CORP., et al. *(jointly administered)*

Form No: MOR-1b
Case No: 19-11509
Reporting Period: 10/1-10/31

**Schedule of Professional Fees Paid**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid (Reporting Period) | | | Amount Paid (Post-Petition) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Fees | Expenses | Total | Fees | Expenses | Total |
| Carl Marks Advisors | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | 50,000 | - | 50,000 | 790,000 | - | 790,000 |
| Klehr Harrison Harvey Branzburg LLP | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | 50,000 | - | 50,000 | 1,230,000 | - | 1,230,000 |
| Grant Thornton LLP | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | - | - | - | 175,290 | - | 175,290 |
| Hunton Andrews Kurth LLP | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | - | - | - | 563,651 | - | 563,651 |
| Goldberg Kohn Ltd. | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | - | - | - | 39,615 | - | 39,615 |
| Gellert Scali | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | - | - | - | 2,660 | - | 2,660 |
| Epiq Corporate Restructuring LLC | 09/02 - 09/30/19 | N/A | Restaurants Unlimited Inc. | ACH | N/A | - | - | - | 88,397 | - | 88,397 |
| **Total** | | | | | | **100,000** | **-** | **100,000** | **2,889,613** | **-** | **2,889,613** |

Notes to the MOR 1-b
- Payments made to Carl Marks Advisors ("CMA") and Klehr Harrison Harvey Branzburg LLP ("KHHB") are being paid into escrow as per the schedule in the final approved DIP budget and not being distributed to the professional until fee applications are filed and approved, at which point, amounts owed and payable will be distributed out of the escrow account to the respective professionals. At the end of the case, any amounts in this escrow account that have not been distributed to the professional will be remitted back to the estate.

In re: RUI HOLDING CORP., et al. *(jointly administered)*

| | | |
|---|---|---|
| Form No: | | MOR-2 |
| Case No: | | 19-11509 |
| Reporting Period: | | 10/1-10/31 |

### Statement of Operations (Unaudited)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Entity Name | RUI Holding Corp. | RU Corp. | Restaurants Unlimited Inc. | Restaurants Unlimited Texas Inc. | Consolidated |
|---|---|---|---|---|---|
| **Case No.** | **19-11509** | **19-11510** | **19-11511** | **19-11512** | |
| Gross Sales | - | - | - | - | - |
| Marketing Discounts (Less) | - | - | - | - | - |
| **Total Net Sales** | **-** | **-** | **-** | **-** | **-** |
| Product Costs | - | - | - | - | - |
| Labor Costs | - | - | - | - | - |
| **Prime Costs** | **-** | **-** | **-** | **-** | **-** |
| Operating Expenses | - | - | - | - | - |
| Advertising & Marketing | - | - | - | - | - |
| Occupancy Expenses | - | - | - | - | - |
| Depreciation & Amortization | - | - | - | - | - |
| **Total Operating Expenses** | **-** | **-** | **-** | **-** | **-** |
| **Four-Wall Profits** | **-** | **-** | **-** | **-** | **-** |
| Corporate Overhead | - | - | - | - | - |
| Corporate Depreciation | - | - | - | - | - |
| **Total Overhead** | **-** | **-** | **-** | **-** | **-** |
| **Operating Profits** | **-** | **-** | **-** | **-** | **-** |
| Interest Expenses (net) | - | - | - | - | - |
| Management Fees & Expenses | - | - | - | - | - |
| Deferred Rent Expense | - | - | - | - | - |
| Discontinued Operations | - | - | - | - | - |
| Non-Recurring Expenses | - | - | - | - | - |
| Income Taxes | - | - | - | - | - |
| **Non-Operating Expenses** | **-** | **-** | **-** | **-** | **-** |
| **Net Income** | **-** | **-** | **-** | **-** | **-** |

Notes to the MOR-2
- RUI sold or closed all of its operating locations 9/30

In re: RUI HOLDING CORP., et al. *(jointly administered)*

Form No: MOR-3a
Case No: 19-11509
Reporting Period: 10/1-10/31

**Balance Sheet as of September ME (Unaudited)**

| Entity Name<br>Case No. | RUI Holding Corp.<br>19-11509 | RU Corp.<br>19-11510 | Restaurants Unlimited Inc.<br>19-11511 | Restaurants Unlimited Texas Inc.<br>19-11512 | Consolidated |
|---|---|---|---|---|---|
| **Total Assets** | | | | | |
| Cash & Cash Equivalents | - | - | 1,891,638 | - | 1,891,638 |
| Accounts Receivable | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Prepaid Expense | - | - | - | - | - |
| Property & Equipment (net) | - | - | - | - | - |
| Intangible Assets | - | - | 350,000 | - | 350,000 |
| Other Assets | - | - | 993,075 | - | 993,075 |
| **Total Assets** | - | - | 3,234,713 | - | 3,234,713 |
| | | | | | |
| **Total Liabilities** | | | | | |
| Accounts Payable (Pre Petition) | - | - | 5,730,467 | - | 5,730,467 |
| Accounts Payable (Post Petition) | - | - | - | - | - |
| Payroll | - | - | - | - | - |
| Worker's Compensation | - | - | 369,920 | - | 369,920 |
| Business Taxes | - | - | - | - | - |
| Group Benefits | - | - | - | - | - |
| Business Insurance | - | - | 137,154 | - | 137,154 |
| Other Liabilities | - | - | 817,002 | - | 817,002 |
| Accrued Interest Payable | - | - | 3,006,649 | - | 3,006,649 |
| Gift Certificates / Vouchers | - | - | - | - | - |
| Current Portion of Long Term Debt | - | - | - | - | - |
| Long Term Debt | - | - | 15,233,255 | - | 15,233,255 |
| Deferred Rent | - | - | - | - | - |
| **Total Liabilities** | - | - | 25,294,448 | - | 25,294,448 |
| | | | | | |
| **Total Owner's Equity** | | | | | - |
| Common Stock | - | - | 67,337,802 | - | 67,337,802 |
| Retained Earnings | - | - | (89,397,536) | - | (89,397,536) |
| **Total Owner's Equity** | - | - | (22,059,734) | - | (22,059,734) |
| | | | | | |
| **Total Liabilities & Owner's Equity** | - | - | 3,234,713 | - | 3,234,713 |
| | | | | | |
| **Additional Account Details** | | | | | |
| | | | | | |
| **Total Other Assets** | | | | | |
| Restricted Cash | - | - | 993,075 | - | 993,075 |
| Restricted Cash - RUI Cares | - | - | - | - | - |
| Other Deposits | - | - | - | - | - |
| Long Term Receivable-Amt Credit Refund | - | - | - | - | - |
| Deferred Tax - Current | - | - | - | - | - |
| Deferred Tax Asset-Non Current | - | - | - | - | - |
| IEC - Other Long Term Asset | - | - | - | - | - |
| **Total Other Assets** | - | - | 993,075 | - | 993,075 |
| | | | | | |
| **Total Other Liabilities** | | | | | |
| Unclaimed Property Payable | - | - | - | - | - |
| Accrued Rent | - | - | - | - | - |
| Accrued Licenses | - | - | - | - | - |
| Catering Deposits | - | - | - | - | - |
| Unearned Rebates | - | - | - | - | - |
| Accrued Real & Pers Property Tax | - | - | - | - | - |
| **Total Other Liabilities** | - | - | - | - | - |

Notes:
- Balance Sheet is on an estimated cash basis. Assets are either actual or estimated. Sale transactiona and closed location assets were written off into Retained Earnings.
- Pre Petition AP declined versus July due to the payment of certain administrative claims.
- Post Petition AP is net of unvouchered payables, which holds a number of offsetting CIA deposits made to vendors over the post petition period.

In re: RUI HOLDING CORP., et al. *(jointly administered)*

Form No: MOR-4
Case No: 19-11509
Reporting Period: 10/1-10/31

## Status of Post Petition Taxes

I am the Chief Restructuring Officer for the Debtor in the above captioned Chapter 11 cases. I am familiar with the Debtor's day to day operations, business affairs and books and records.

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith in a timely matter, or have promptly remediate any late filings or payments that may have occurred due to unintentional oversights. The Debtors, to the best of my knowledge, plan to meet any post petition tax obligations as they come due using cash flow from operations and the final approved DIP Facility.

_/s/ David Bagley_
Signature of Authorized Individual

11/11/2019
Date

David Bagley
Printed Name of Authorized Individual

Chief Restructuring Officer
Title

## Summary of Unpaid Post Petition Debts

I am the Chief Restructuring Officer for the Debtor in the above captioned Chapter 11 cases. I am familiar with the Debtor's day to day operations, business affairs and books and records.

To the best of my knowledge, the Debtors have met all post petition obligations in connection therewith in a timely matter, or have promptly remediated any late payments that may have occurred due to unintentional oversights. The Debtors, to the best of my knowledge, plan to meet any post petition obligations as they come due using cash flow from operations and its DIP Facility.

_/s/ David Bagley_
Signature of Authorized Individual

11/11/2019
Date

David Bagley
Printed Name of Authorized Individual

Chief Restructuring Officer
Title

| Entity Name | RUI Holding Corp. | RU Corp. | Restaurants Unlimited Inc. | Restaurants Unlimited Texas Inc. | Consolidated |
|---|---|---|---|---|---|
| Case No. | 19-11509 | 19-11510 | 19-11511 | 19-11512 | |
| Current | - | - | - | - | - |
| 1-30 Days | - | - | - | - | - |
| 31 - 60 Days | - | - | - | - | - |
| Over 60 Days | - | - | - | - | - |
| **Total AP** | **-** | **-** | **-** | **-** | **-** |

Notes:
- AP is net of unvouchered payables, which holds a number of offsetting CIA deposits made to vendors over the post petition period.

In re: RUI HOLDING CORP., et al. *(jointly administered)*

| | |
|---|---|
| Form No: | MOR-5 |
| Case No: | 19-11509 |
| Reporting Period: | 10/1-10/31 |

## Accounts Receivable Aging and Reconciliation

Given the debtors line of business, they don't have traditional AR as most purchases are made using cash or credit card, whose days outstanding is typically less than 5 days.   Below is a snap shot of the AR as of August month-end.

| Entity Name | RUI Holding Corp. | RU Corp. | Restaurants Unlimited Inc. | Restaurants Unlimited Texas Inc. | Consolidated | |
|---|---|---|---|---|---|---|
| Case No. | 19-11509 | 19-11510 | 19-11511 | 19-11512 | | |
| VISA / MC Depository | - | - | - | - | - | - |
| American Express | - | - | - | - | - | - |
| Accounts Receivable | - | - | - | - | - | - |
| Misc. Accounts Receivable | - | - | - | - | - | - |
| Rebates | - | - | - | - | - | - |
| Delivery Receivable | - | - | - | - | - | - |
| Employee Accounts Receivable | - | - | - | - | - | - |
| **Total Accounts Receivable** | **-** | **-** | **-** | **-** | **-** | **-** |

## Debtor Questionnaire

| Question | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.  Substanitally all of the Company's assets were sold to the court approved stalking horse bidder on 09/30. | √ | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | √ |
| 3. Have all post petition tax returns been timely filed?  If no, provide an explanation below. | √ | |
| 4. Are workers compensation, general liability and other necessary insurance coverage's in effect? If no, provide an explanation below. | √ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | √ |