IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RUI HOLDING CORP., *et al.*,[1] | ) Case No. 19-11509 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 15, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

UNCONTESTED MATTERS GOING FORWARD

1. Disclosure Statement With Respect to Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 327; Filed 12/2/2019]

    Related Documents:

    A. Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 326; Filed 12/2/2019]

    B. Notice of Rescheduled Disclosure Statement Hearing [Docket No. 343; Filed 1/2/2020]

    Response Deadline: December 30, 2019 at 4:00 p.m., extended to January 14, 2020 at 4:00 p.m. solely for the Office of the U.S. Trustee

    Responses Received: Informal comments received by the Office of the U.S. Trustee

    Status: This matter is going forward. The Debtors are working with the Office of the U.S. Trustee to resolve informal issues raised. The Debtors anticipate filing a revised Plan, revised Disclosure Statement and revised proposed Order prior to the hearing to resolve the issues raised.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

2.     Motion of the Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 328; Filed 12/2/2019]

    Response Deadline:   December 30, 2019 at 4:00 p.m., extended to January 14, 2020 at 4:00 p.m. solely for the Office of the U.S. Trustee

    Responses Received:   Informal comments received by the Office of the U.S. Trustee

    Status:   This matter is going forward. The Debtors are working with the Office of the U.S. Trustee to resolve informal issues raised. The Debtors anticipate filing a revised Plan, revised Disclosure Statement and revised proposed Order prior to the hearing to resolve the issues raised.

Dated: January 13, 2020
Wilmington, Delaware

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:      (302) 426-9193
Email: dpacitti@klehr.com
       myurkewicz@klehr.com
       sveghte@klehr.com

*Counsel to the Debtors*