IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| RUI HOLDING CORP., *et al.*,[1] | ) Case No. 19-11509 (JTD) |
| Debtors. | ) (Jointly Administered) |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 15, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

## CONTESTED MATTERS GOING FORWARD

1. Disclosure Statement With Respect to Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 327; Filed 12/2/2019]

    Related Documents:

    A. Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 326; Filed 12/2/2019]

    B. Notice of Rescheduled Disclosure Statement Hearing [Docket No. 343; Filed 1/2/2020]

    **C. First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 351; Filed 1/14/2020]**

    **D. [BLACKLINED] First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 352; Filed 1/14/2020]**

    **E. Disclosure Statement With Respect to First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 353; Filed 1/14/2020]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operate**d** restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

PHIL1 8606401v.1

        F.      **[BLACKLINED] Disclosure Statement With Respect to First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 354; Filed 1/14/2020]**

    Response Deadline:   December 30, 2019 at 4:00 p.m., extended to January 14, 2020 at 4:00 p.m. solely for the Office of the U.S. Trustee

    Responses Received:  Informal comments received **from** the Office of the U.S. Trustee

    **Status:**   **This matter is going forward. The Debtors have attempted to address the informal comments raised by the Office of the U.S. Trustee in the revised pleadings filed with the Court. However, the Office of the U.S. Trustee reserves the right upon review of the revised pleadings to raise such issues at the hearing on this matter if not adequately addressed.**

2.    Motion of the Debtors for an Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 328; Filed 12/2/2019]

    **Related Documents:**

        A.      **Notice of Proposed Revised Order Approving Disclosure Statement and Disclosure Statement/Solicitation Motion [Docket No. 355; Filed 1/14/2020]**

    Response Deadline:   December 30, 2019 at 4:00 p.m., extended to January 14, 2020 at 4:00 p.m. solely for the Office of the U.S. Trustee

    Responses Received:  Informal comments received **from** the Office of the U.S. Trustee

    **Status:**   **This matter is going forward. The Debtors have attempted to address the informal comments raised by the Office of the U.S. Trustee in the revised pleadings filed with the Court. However, the Office of the U.S. Trustee reserves the right upon review of the revised pleadings to raise such issues at the hearing on this matter if not adequately addressed.**

|  |  |
|---|---|
| Dated: January 14, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:   (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            myurkewicz@klehr.com<br>            sveghte@klehr.com<br><br>*Counsel to the Debtors* |

PHIL1 8606401v.1