IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>RUI HOLDING CORP., *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11 <br>) <br>) Case No. 19-11509 (JTD) <br>) <br>) (Jointly Administered) <br>) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 25, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

<u>CONTESTED MATTERS</u>

1. (Solicitation Version) First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 362; Filed 1/17/2020]

   Related Documents:

   A. Order (I) Approving the Disclosure Statement; (II) Fixing the Voting Record Date; (III) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan; (VI) Approving the Forms of Notices to Non-Voting Classes Under the Plan; (VII) Fixing the Voting Deadline to Accept or Reject the Plan; and (VIII) Approving Procedures for Vote Tabulations in Connection Therewith [Docket No. 359; Filed 1/15/2020]

   B. (Solicitation Version) Disclosure Statement with Respect to First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 363; Filed 1/17/2020]

   C. Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: RUI Holding Corp. (6192); RU Corp. (8259); Restaurants Unlimited, Inc. (8365); and Restaurants Unlimited Texas, Inc. (5733). The Debtors' headquarters and mailing address is: 411 First Ave. South, Suite 200, Seattle, WA 98104. The Debtors operated restaurants under the following names: Clinkerdagger; Cutters Crabhouse; Fondi Pizzeria; Henry's Tavern; Horatio's; Kincaid's; Maggie Bluffs; Manzana; Newport Seafood Grill; Palisade; Palomino; Portland City Grill; Portland Seafood Company; Scott's Bar and Grill; Simon & Seafort's; Skate's on the Bay; Stanford's; and Stanley & Seafort's.

|   |   |   |
|---|---|---|
|   |   | Objecting to Confirmation of the Plan; and (IV) Procedures and Deadline for Voting on the Plan [Docket No. 364; Filed 1/17/2020] |
|   | D. | Declaration of Jane Sullivan on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 375; Filed 2/20/2020] |
|   | E. | Declaration of David Bagley In Support of First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 377; Filed 2/21/2020] |
|   | F. | Memorandum of Law In Support of First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 378; Filed 2/21/2020] |
|   | G. | Notice of Proposed Findings of Fact, Conclusions of Law and Order Confirming the First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 379; Filed 2/21/2020] |

Response Deadline:   February 18, 2020 at 4:00 p.m.

Responses Received:

|   |   |   |
|---|---|---|
|   | A. | Objection of the United States Trustee to Confirmation of Debtor's First Amended Joint Plan of Liquidation of RUI Holding Corp. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 376; Filed 2/20/2020] |
|   | B. | Informal comments from Wells Fargo Bank, N.A. |
|   | C. | Informal comments from Liberty Mutual Insurance Company. |

Status:    This matter is going forward.  The informal comments received were resolved by adding agreed language to the proposed Confirmation Order. The Debtors continue to work with the Office of the United States Trustee to attempt to resolve the remaining objection and will report any developments to the Court.

| | |
|---|---|
| Dated: February 21, 2020<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Sally E. Veghte (DE Bar No. 4762)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:    (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email:  dpacitti@klehr.com<br>           myurkewicz@klehr.com<br>           sveghte@klehr.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

PHIL1 8695542v.2